UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIAN KEITH KOEHLER,

    Plaintiff,

v.                                            Case No: 3:17-cv-0302-J-20PDB

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation (Dkt. 16). The Magistrate Judge recommends that Plaintiff's claim concerning removal of information from Plaintiff's criminal record be dismissed without prejudice. The Report further recommends that Plaintiff's claim for damages against Defendants be dismissed with prejudice, and the case closed. Plaintiff has filed no objection to the Report and Recommendation, and has failed to respond or otherwise comply with the Court's Final Order to Show Cause for failure to effectuate proper service on Defendants. (Dkt. 14).

After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 16) is **ADOPTED**;

2. Plaintiff's claim concerning removal of information from Plaintiff's criminal record is **DISMISSED without prejudice**;

3. Plaintiff's claim for damages against Defendants is **DISMISSED with prejudice**;

4. The Clerk is directed to **CLOSE** this case.

**DONE** and **ENTERED** in Jacksonville, Florida this 22nd day of December, 2017.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Brian Keith Koehler, *Pro Se*